IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **MICHAEL ALONZO RUFUS,** : | | |
| : | | |
| Plaintiff, : | | |
| : | **Civil Action No.** | |
| v. : | **3:11-CV-93 (CAR)** | |
| : | | |
| **WALTON COUNTY DETENTION** : | | |
| **CENTER and Major WADE HARRIS** : | | |
| : | | |
| Defendants. : | | |
| : | | |
| : | | |

ORDER ON THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge=s Recommendation [Doc. 21] that this action be dismissed without prejudice based on Plaintiff's request to dismiss his action.  Plaintiff did not file an objection to the Recommendation.  Having considered the Recommendation, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation of the United States Magistrate Judge is therefore ADOPTED and MADE THE ORDER OF THE COURT. This action is hereby DISMISSED WITHOUT PREJUDICE.

Although Plaintiff did not file an objection to the Recommendation of Dismissal,

he did file a response asking that the record in this case be "transferred" to another action filed by Plaintiff currently pending in this Court, <u>Rufus v. Chapman</u>, Case No. 3:11-cv-74(CAR), which raises similar claims.   Plaintiff's request for such a broad "transfer" is denied.   Plaintiff must specifically identify the desired documents and/or claims he wishes to file in Case No. 3:11-cv-74, and file the appropriate motions to amend or supplement in that case.   The Court will evaluate the request after any such motion is filed.

SO ORDERED, this 17th day of August, 2011.


S/   C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH